**ORDERED ACCORDINGLY.**

Dated: January 2, 2014



George B. Nielsen, Bankruptcy Judge
_____

UST-22, 4-01

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ANGULO, RACHEAL | ) | Case No. 10-35457-PHX GBN |
| | ) | |
| | ) | ORDER ON TRUSTEE'S OBJECTION |
| | ) | TO CLAIM NO. 14 UNITED CONSUMER |
| Debtor(s). | | FINANCIAL SERVICES |
| | ) | |

The Trustee, JILL H. FORD, having objected to the referenced claim, and after due notice by mail on December 9, 2013 to the claimant, and the claimant having failed to respond, or after a hearing on the claimant's response, and good cause appearing,

IT IS HEREBY ORDERED that:

Trustee's objection is sustained as follows: Creditor's secured claim against Estate funds is denied and Creditor's unsecured claim is $394.66.

No. <u>14</u> filed <u>12/20/10</u> as an <u>UNSECURED/SECURED</u>

claim by (or on behalf of) <u>UNITED CONSUMER FINANCIAL SERVICES</u>

in the amount of $844.66

_____  _____
Date                     The Honorable GEORGE B. NIELSEN, JR.
                         United States Bankruptcy Judge